the written evidence being in no way connected with the controversy and relating apparently to some transaction with which the plaintiff had no concern. To the extent that the judgment is for damages upon the first cause of action for rent under the assignment of the principal lease, it has support in the evidence; but, because of the failure of proof of special damage, it is excessive by the sum of $125. The judgment will be reversed, and a new trial ordered, with costs to appellant to abide the event, unless respondent shall stipulate to reduce the judgment to $191.50, in which event the judgment, as reduced, will be affirmed, without costs.

O'NEIL, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Delia O'Neil against the New York City Railway Company. B. H. Ames, for appellant. M. P. O'Connor, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

OPPER v. HELLINGER. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Henry Opper, as administrator, against Leopold Hellinger. No opinion. Motion denied. Order filed.

In re O'SULLIVAN. (Supreme Court, Appellate Division, First Department. February 7, 1908.) In the matter of Michael O'Sullivan. No opinion. Motion denied. Settle order on notice.

OUDERKIRK et al., Appellants, v. BAYLESS PULP & PAPER CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 22, 1908.) Action by Fireman Ouderkirk and another against the Bayless Pulp & Paper Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

PALTEY v. EGAN. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Adolph Paltey against Patrick B. Egan. No opinion. Motion denied, with $10 costs. Order filed.

PASQUALE, Respondent, v. DEL PAPA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Paolini Pasquale against Michael Del Papa. No opinion. Judgment and order affirmed, with costs.

PECK, Appellant, v. PECK, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Samuel W. Peck against Josephine Peck. S. Kohn, for appellant. R. M. Morgan, for respondent. No opinion. Order modified, as stated in order, and as so modified, affirmed, without costs. Order filed. See 107 N. Y. Supp. 925.

PENN v. NEW YORK HOUSE WRECKING CO. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Mary Penn, as administratrix, against the New York House Wrecking Company. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE v. ACKRON. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Proceeding by the people of the state of New York against Charles E. Ackron. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. BANKS, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Proceeding by the people of the state of New York against A. Bleecker Banks. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE v. BECKERT. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Proceeding by the people of the state of New York against Peter J. Beckert. No opinion. Motion denied. Settle order on notice.

PEOPLE v. BRECHT. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Proceeding by the people of the state of New York against Lena Brecht. No opinion. Motion granted. Settle order on notice.

PEOPLE, Respondent, v. COOK, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Proceeding by the people of the state of New York against Edwin Cook. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. DELEMARRE, Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Proceeding by the people of the state of New York against Louis Delemarre. H. A. Geney, for appellant. R. C. Beatty, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, J., dissents, on the ground that the evidence does not connect the defendant with the offense.

PEOPLE, Respondent, v. DUNHAM, Appellant. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Proceeding by the people of the state of New York against Ansel W. Dunham.

PER CURIAM. Judgment affirmed.

SMITH, P. J., not voting. SEWELL, J., dissents.

PEOPLE v. GOODMAN. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Proceeding by the people of the state of New York against Isaac Goodman. No opinion. Motion granted. Order filed.

PEOPLE, Respondents, v. LANING, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Pro-